AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

EYOB DEMOZE FETENE
DOB: FEBRUARY 23, 1987
PDID: 587389

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, EYOB DEMOZE FENTENE, Knowingly committed a crime as part of an ongoing scheme to defraud a financial institution.

in violation of Title __18__ United States Code, Section(s) __3114__.

I further state that I am __JESSE BARNWANIJAKUL, Special Agent with the UNITED STATES SECRET SERVICE (USSC), DEPARTMENT OF HOMELAND SECURITY__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

AUSA, DEBRA LONG-DOYLE   (202) 305-0634
Sworn to before me and subscribed in my presence,

Signature of Complainant
JESSE BARNWANIJAKUL, Special Agent
DEPARTMENT OF HOMELAND SECURITY

_____   at   __Washington, D.C.__
Date                                      City and State

_____   _____
Name & Title of Judicial Officer        Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

    A.    **AFFIANT BACKGROUND**

    1.    Your affiant in this matter, JESSE BARNWANIJAKUL (hereinafter referred to as "affiant"), is a Special Agent with the United States Secret Service (USSS), which is part of the United States Department of Homeland Security. Your affiant has been a Special Agent with the USSS since June 2005. Prior to that, your affiant was an Officer with the USSS Uniformed Division for two years. Your affiant has conducted numerous investigations involving financial crimes, and has participated in the execution of numerous search warrants and arrests as a Special Agent.

    2.    As a Special Agent with the USSS, your affiant's duties include investigating violations of 18 U.S.C. § 1344. Your affiant has received training in financial crimes investigations and has completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. In addition, your affiant has received further training in counterfeit currency, counterfeit financial securities, identity theft, access device fraud, financial institution fraud and money laundering at the USSS Training Academy in Beltsville, Maryland.

    B.    **OBJECTIVE OF THE AFFIDAVIT**

    3.    The objective of this affidavit is to establish probable cause for the arrest of EYOB DEMOZE FETENE, of XXXXXXXXXXXXX, Arlington, VA, with a date of birth of XXXXXXXXX, and a Social Security Number of XXXXXXXXX. For the reasons set forth below, your affiant submits there is probable cause to believe EYOB DEMOZE FETENE committed a crime in the District of Columbia in violation of 18 U.S.C.§ 1344.

### C. SOURCE OF EVIDENCE

4. Your affiant is familiar with the facts and circumstances of this investigation. All relevant events described herein occurred in the District of Columbia, and the surrounding Metropolitan area. The information contained in this affidavit is based upon the affiant's personal knowledge obtained during this investigation, knowledge obtained from other individuals, including review of documents and audio-recordings related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and from information gained through my training and experience. Since this affidavit is being submitted for the limited purpose of supporting an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish probable cause that the defendant named herein has violated 18 U.S.C. § 1344.

### D. FACTUAL BACKGROUND

5. Your affiant and other agents of the USSS have been conducting an ongoing investigation of a group of individuals involved in conspiracy to commit Bank Fraud. This investigation began on February 8, 2006, and has been ongoing to the present date. To date, over $500,000.00 in counterfeit checks have been uttered at check cashing stores and financial institutions in the Washington, DC metropolitan area.

6. On July 13, 2006, members of the Washington, DC Metropolitan Police Department arrested EYOB DEMOZE FETENE for attempting to utter a counterfeit

2

Conway Corporation check, #3697, at the Sun Trust Bank, located at 1925 K St. NW, Washington, DC. Members of the Sun Trust Bank determined FETENE was not an employee of Conway Corporation, and the check in question was unauthorized. At the time of uttering, FETENE presented his Virginia Driver's License, #XXXXXXXX. On September 20, 2006, FETENE pled guilty and was sentenced to 180 days, 179 days suspended, with one day in jail. Further investigation revealed that this offense was part of the instant conspiracy.

7. On July 21, 2006, at the Sun Trust Bank located in the Safeway at 13814 Outlet Drive, Silver Spring, MD, at approximately 6:22pm, EYOB DEMOZE FETENE passed a counterfeit Loudoun Taxi & Sedan, Inc. check, #8039, made payable to EYOB D. FETENE, in the amount of $991.02. At the time of uttering, FETENE presented his Virginia Driver's License, #XXXXXXXX.

8. On July 26, 2006, the president of Loudoun Taxi & Sedan located in Sterling, VA., filed an affidavit of fraudulent transaction with Sun Trust Bank. The completed affidavit verified that the check, #8039, passed by EYOB DEMOZE FETENE was unauthorized and not issued by Loudoun, and FETENE was not an employee of Loudon Taxi & Sedan.

9. On January 9, 2007, your affiant viewed a photograph of EYOB DEMOZE FETENE taken from the Sun Trust Bank security camera at the time the check was passed. On this same date, your affiant viewed a photograph of FETENE obtained from the Virginia Department of Motor Vehicles, and positively identified FETENE as the person who passed the counterfeit Loudon Taxi & Sedan, Inc. check at Sun Trust Bank on July 21, 2006.

10. Based upon the above statement of facts and circumstances, your affiant submits probable cause exists that EYOB DEMOZE FETENE knowingly committed a crime as part of an ongoing scheme to defraud a financial institution, and respectfully requests that an arrest warrant be issued for EYOB DEMOZE FETENE for violations of 18 U.S.C. § 1344.

_____
Special Agent Jesse Barnwanijakul
United States Secret Service

Sworn to and subscribed before me this  day of March, 2007

_____
John M. Facciola
United States Magistrate Judge
District of Columbia

4