AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

EYOB DEMOZE FENTENE

**WARRANT FOR ARREST**

FILED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07-093-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     EYOB DEMOZE FENTENE
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

KNOWINGLY COMMITTED A CRIME AS PART OF AN ONGOING SCHEME TO DEFRAUD A FINANCIAL INSTITUTION.

in violation of Title  18  United States Code, Section(s) 1344 .

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

*signature*
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAR 14 2007  District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-14-07 | REPORTING | REPORTING |
| DATE OF ARREST 3-19-07 | DAVID BALDWIN  DUSM | *Davial Baldwin* |