UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         :
                                     :  **Crim. No. 07-mj-93-JMF**
    **v.**                            :
                                     :
**EYOB DEMOZE FETENE**               :

    <u>Government's Notice of Appearance</u>

The United States of America, by and through the United States Attorney for the District of Columbia, hereby enters the appearance of Assistant United States Attorneys Debra L. Long-Doyle and Michael C. Liebman, on behalf of the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

          /s/
by: _____
    Michael C. Liebman
    Assistant United States Attorney
    D.C. Bar No. 479562
    555 Fourth Street, N.W., room 4231
    Washington, D.C.  20530
    michael.liebman@usdoj.gov
    353-2385