07-93M

**FILED**

APR 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2007 FDC 006257   File Date: 03/17/2007

UNITED STATES vs. EYOB DEMOZE FENTENE

aka EYOB DEMOZE FENTENE

PDID #:

Lock up number:

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES  
No. 07-093-m-01  TOT

USC 15

Vs.  P.D.I.D. No._____

FETENE  
EYOB DEMOZE _____(Defendant)

☐ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __Monday, 3-19-07__.

### COMMITMENT/RELEASE

☑ NO BOND  
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: __3/19/07__

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME:_____

Address:_____

_____ Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: __3/17/07__   _____  
JUDICIAL OFFICER PRESIDING

white-court       yellow-usao       Pink-defense

CD-3026/Mar. 03

# AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

A. **AFFIANT BACKGROUND**

1. Your affiant in this matter, JESSE BARNWANIJAKUL (hereinafter referred to as "affiant"), is a Special Agent with the United States Secret Service (USSS), which is part of the United States Department of Homeland Security. Your affiant has been a Special Agent with the USSS since June 2005. Prior to that, your affiant was an Officer with the USSS Uniformed Division for two years. Your affiant has conducted numerous investigations involving financial crimes, and has participated in the execution of numerous search warrants and arrests as a Special Agent.

2. As a Special Agent with the USSS, your affiant's duties include investigating violations of 18 U.S.C. § 1344. Your affiant has received training in financial crimes investigations and has completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. In addition, your affiant has received further training in counterfeit currency, counterfeit financial securities, identity theft, access device fraud, financial institution fraud and money laundering at the USSS Training Academy in Beltsville, Maryland.

B. **OBJECTIVE OF THE AFFIDAVIT**

3. The objective of this affidavit is to establish probable cause for the arrest of EYOB DEMOZE FETENE, of                                  , and a Social Security Number                For the reasons set forth below, your affiant submits there is probable cause to believe EYOB DEMOZE FETENE committed a crime in the District of Columbia in violation of 18 U.S.C.§ 1344.

1

### C. SOURCE OF EVIDENCE

4. Your affiant is familiar with the facts and circumstances of this investigation. All relevant events described herein occurred in the District of Columbia, and the surrounding Metropolitan area. The information contained in this affidavit is based upon the affiant's personal knowledge obtained during this investigation, knowledge obtained from other individuals, including review of documents and audio-recordings related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and from information gained through my training and experience. Since this affidavit is being submitted for the limited purpose of supporting an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts which I believe are necessary to establish probable cause that the defendant named herein has violated 18 U.S.C. § 1344.

### D. FACTUAL BACKGROUND

5. Your affiant and other agents of the USSS have been conducting an ongoing investigation oF a group of individuals involved in conspiracy to commit Bank Fraud. This investigation began on February 8, 2006, and has been ongoing to the present date. To date, over $500,000.00 in counterfeit checks have been uttered at check cashing stores and financial institutions in the Washington, DC metropolitan area.

6. On July 13, 2006, members of the Washington, DC Metropolitan Police Department arrested EYOB DEMOZE FETENE for attempting to utter a counterfeit

Conway Corporation check, #3697, at the Sun Trust Bank, located at 1925 K St. NW, Washington, DC. Members of the Sun Trust Bank determined FETENE was not an employee of Conway Corporation, and the check in question was unauthorized. At the time of uttering, FETENE presented his Virginia Driver's License. On September 20, 2006, FETENE pled guilty and was sentenced to 180 days, 179 days suspended, with one day in jail. Further investigation revealed that this offense was part of the instant conspiracy.

7. On July 21, 2006, at the Sun Trust Bank located in the Safeway at 13814 Outlet Drive, Silver Spring, MD, at approximately 6:22pm, EYOB DEMOZE FETENE passed a counterfeit Loudoun Taxi & Sedan, Inc. check, #8039, made payable to EYOB D. FETENE, in the amount of $991.02. At the time of uttering, FETENE presented his Virginia Driver's License,

8. On July 26, 2006, the president of Loudoun Taxi & Sedan located in Sterling, VA., filed an affidavit of fraudulent transaction with Sun Trust Bank. The completed affidavit verified that the check, #8039, passed by EYOB DEMOZE FETENE was unauthorized and not issued by Loudoun, and FETENE was not an employee of Loudon Taxi & Sedan.

9. On January 9, 2007, your affiant viewed a photograph of EYOB DEMOZE FETENE taken from the Sun Trust Bank security camera at the time the check was passed. On this same date, your affiant viewed a photograph of FETENE obtained from the Virginia Department of Motor Vehicles, and positively identified FETENE as the person who passed the counterfeit Loudon Taxi & Sedan, Inc. check at Sun Trust Bank on July 21, 2006.

3

10. Based upon the above statement of facts and circumstances, your affiant submits probable cause exists that EYOB DEMOZE FETENE knowingly committed a crime as part of an ongoing scheme to defraud a financial institution, and respectfully requests that an arrest warrant be issued for EYOB DEMOZE FETENE for violations of 18 U.S.C. § 1344.

Special Agent Jesse Barnwanijakul
United States Secret Service

Sworn to and subscribed before me this MAR 1 4 2007 day of March, 2007

John M. Facciola
United States Magistrate Judge
District of Columbia

4

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| EYOB DEMOZE FETENE<br>DOB:<br>PDID: | CASE NUMBER: |

EYOB DEMOZE FETENE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 8, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, EYOB DEMOZE FENTENE, Knowingly committed a crime as part of an ongoing scheme to defraud a financial institution.

in violation of Title __18__ United States Code, Section(s) __1344__.

I further state that I am __JESSE BARNWANIJAKUL, Special Agent with the United States Secret Service (USSC), Department of Homeland Security__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, Debra Long-Doyle (202) 305-0634
Sworn to before me and subscribed in my presence,

Signature of Complainant
JESSE BARNWANIJAKUL, Special Agent
Department of Homeland Security

_____ at __Washington, D.C.__
Date                                                              City and State

_____         _____
Name & Title of Judicial Officer         Signature of Judicial Officer

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| EYOB DEMOZE FETENE<br>DOB:<br>PDID: | CASE NUMBER:<br>07-093-M-01 |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___February 8, 2006___ in ___Washington, D.C.___ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

On or about February 8, 2006, within the District of Columbia, the Defendant, EYOB DEMOZE FENTENE, Knowingly committed a crime as part of an ongoing scheme to defraud a financial institution.

in violation of Title __18__ United States Code, Section(s) __1344__ ~~3114~~.

I further state that I am ___JESSE BARNWANIJAKUL, Special Agent with the UNITED STATES SECRET SERVICE (USSC), DEPARTMENT OF HOMELAND SECURITY___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
JESSE BARNWANIJAKUL, Special Agent
DEPARTMENT OF HOMELAND SECURITY

AUSA, DEBRA LONG-DOYLE (202) 305-0634
Sworn to before me and subscribed in my presence,

MAR 1 4 2007
Date

at   ___Washington, D.C.___
     City and State

JOHN M. FACCIOLA
MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION - FELONY BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| v.                         : | Magistrate Judge: Wingo |
| | |
| EYOB DEMOZE FENTENE        : | Presentment |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANT'S CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(a)(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §3141 et seq. Upon motion of the government the Court shall hold a

detention hearing in cases that involve a case that involves a serious risk that the person will flee.[1] The defendant in this case resides outside the jurisdiction, in Arlington, Virginia, and has two prior convictions in Virginia for failures to appear. Those convictions were on 8/11/05 and 4/12/06. In addition, the law governing pretrial release and detention of persons charged with federal offenses codified in 18 U.S.C. §3141 et seq, provides that upon motion of the government the Court **shall** hold the defendant in cases where the defendant is currently on probation.[2] This defendant is currently on probation in 2006CMD14306.

In the instant case the defendant is charged with knowingly committing a crime as part of an on going scheme to defraud a financial institution. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. §3142(1)(f)(2).

                                                    Respectfully submitted,

                                                    JEFFREY A. TAYLOR
                                                    UNITED STATES ATTORNEY

BY:                      _____
                        Karen L. Ditzler
                        Assistant United States Attorney
                        555 4th Street, N.W.
                        Washington, D.C. 20530

---

[1] See 3142(1)(f)((2)(A).

[2] See 3142(D)(1)(iii).

<u>Certificate of Service</u>

    I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 17th day of March, 2007.

_____
Karen L. Ditzler
Assistant United States Attorney

[L-13] **Superior Court of the District of Columbia**
Criminal Division
Superior Court Criminal Rule 112

United States of America

v.

Eyob Fenteue         Charge: Fraud

The Clerk of the Court will please enter my appearance for the defendant in the above entitled case, this 17 day of Mar, 2007.

_/s/ Henry Schoenfeld_
Henry Schoenfeld                      Bar # 171397

7423 Buffalo Avenue                   Cell: (202) 737-6028
Takoma Park, Md. 20912                Tel.: (301) 585-2735
                                       Fax: (301) 585-2735
                                       eMail: hschoenf@erols.com

*If the defendant is not eligible for a Court-appointed attorney under the Criminal Justice Act, this appearance is for Arraignment/Presentment only.

## CJA DEFENDANT ELIGIBILITY RECOMMENDATION

I.  NAME: _Eyob O. Fentene_  NO. OF DEPENDENTS: _0_

LOCK-UP NO. _____  DATE: _3-17-07_  CHARGE: _Fraud-I_

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | | _0_ | (Y) STD. 5 AMOUNT | $ |
| OTHER ASSETS (1/4 EQUITY) | + $ | _0_ | STD. 4 AMOUNT | + $ |
| **GROSS MONTHLY INCOME** | + $ | _0_ | FEL. = $ | 1,500 |
| TOTAL AVAILABLE MONTHLY | $ | _0_ | MISD. = | 750 |
| | | | OTHER = | 400 |

LESS: MONTHLY EXTRAORDINARY
    MEDICAL OR OTHER EXPENSES − $ _0_

NET AVAILABLE MONTHLY (X)     MINIMUM MONTHLY NEED (Z) $ ____

IF X IS EQUAL OR LESS THAN Y . . . . . . _0_ . . . . . . . . . . . . . . . . . . . . ☑ ELIGIBLE

IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ NOT ELIGIBLE

IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . ☐ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

☐ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | |
|---|---|
| GROSS MONTHLY FAMILY INCOME | $ |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | − |
| SUBTOTAL | $ |
| LESS: STANDARD 5 AMOUNT (Y) | − |
| SUBTOTAL | $ |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | − |
| SUBTOTAL | $ |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | X |
| TOTAL | $ |
| ADD: LIQUID ASSETS | + |
| OTHER ASSETS (1/4) EQUITY | + |
| CONTRIBUTION CAPABILITY (CC) | $ |

**NOTES AND CALCULATIONS**

_Unemployed_
_Bank 0_
_property 0_

STD 4 AMOUNT  $ _____

Melanie Barnes
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires September 14, 2009

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]

(DIVIDE MAXIMUM CONTRIBUTION BY **26** FOR FELONY CASE OR BY **13** FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $ _____ PER WEEK FOR _____ WEEKS.

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT _Eyob D. Fentene_   INTERVIEWER _Melanie B._
                                              NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)